AMIN WASSERMAN GURNANI, LLP
William P. Cole, Bar No. 186772
Matthew R. Orr, Bar No. 211097
Cole Kroshus, Bar No. 345790
515 South Flower St., 18th Floor
Los Angeles, CA 90071
Tel:   (213) 933-2330
Fax:   (312) 884-7352
wcole@awglaw.com
morr@awglaw.com
ckroshus@awglaw.com

Attorneys for Defendant Inscience Solutions LLC

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO PLASCENCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INSCIENCE SOLUTIONS LLC dba Upnourish, a Texas limited liability company,<br><br>Defendant. | Case No.:  2:25-cv-05533-JLS-PD<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Served: June 24, 2025 |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Elizabeth Haviland and Defendant Inscience Solutions LLC have reached a resolution of the above-captioned case. The Parties request any and all deadlines in the case be stayed pending the anticipated dismissal, which will take place within 30 days.

Dated: October 1, 2025        **AMIN WASSERMAN GURNANI, LLP**

                                           ***/s/ Matthew R. Orr***
                                           Matthew R. Orr
                                           *Attorneys for Defendant*

Dated: October 1, 2025        **CHARLES C. WELLER, APC**

                                             ***/s/  Charles C. Weller***
                                           Charles C. Weller
                                           *Attorneys for Plaintiff*

1

**CERTIFICATE OF SERVICE**

2     I hereby certify that on the 1ST October, 2025, I caused the electronic filing

3   of the foregoing document, through the CM/ECF system. The aforementioned

4   document will be sent electronically to the registered participants as identified on the

5   Notice of Electronic Filing and paper copies will be sent to those indicated as non-

6   registered participants.

7

8                                          **/s/ *Matthew R. Orr***

9                                          Matthew R. Orr

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28